# EXHIBIT A

DocuSign Envelope ID: BF5D7C53-59DC-4D6D-A7FB-5922EF5EE132

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| BRITNEY DENTON, NYABI STEVENS, DEIDRICK DANSBY, FAYERACHEL PETERSON, ALEXANDER HARRIS, and JOHN DOE,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE BOARD OF GOVERNORS FOR THE STATE UNIVERSITY SYSTEM OF FLORIDA, MARSHALL M. CRISER III, and THE STATE OF FLORIDA,<br><br>*Defendant.* | CLASS ACTION<br><br>Jury Trial Demanded<br><br>No. 4:22-cv-00341-RH-MAF |

### DECLARATION OF PLAINTIFF JOHN DOE IN SUPPORT OF MOTION TO PROCEED UNDER A PSEUDONYM

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the following is true and correct:

1. I am a Plaintiff in the above-captioned lawsuit (the "Action").

2. I joined this matter as a Plaintiff via the Class Action Complaint filed on September 22, 2022. *See* ECF Doc. 1 ("Complaint" or "Compl.").

3. I am an African-American, fourth-year, student at Florida Agricultural & Mechanical University ("FAMU").

4. Until recently I was pursuing a major in Music Industry but due to financial constraints have changed my major to an Interdisciplinary Study focusing on Quantitative Analysis, which requires fewer overall credits to graduate from FAMU.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| BRITNEY DENTON, NYABI STEVENS, DEIDRICK DANSBY, FAYERACHEL PETERSON, ALEXANDER HARRIS, and JOHN DOE, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE BOARD OF GOVERNORS FOR THE STATE UNIVERSITY SYSTEM OF FLORIDA, MARSHALL M. CRISER III, and THE STATE OF FLORIDA, <br><br> *Defendant.* | CLASS ACTION <br><br> Jury Trial Demanded <br><br> No. 4:22-cv-00341-RH-MAF |

### DECLARATION OF PLAINTIFF JOHN DOE IN SUPPORT OF MOTION TO PROCEED UNDER A PSEUDONYM

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the following is true and correct:

1. I am a Plaintiff in the above-captioned lawsuit (the "Action").

2. I joined this matter as a Plaintiff via the Class Action Complaint filed on September 22, 2022.  *See* ECF Doc. 1 ("Complaint" or "Compl.").

3. I am an African-American, fourth-year, student at Florida Agricultural & Mechanical University ("FAMU").

4. Until recently I was pursuing a major in Music Industry but due to financial constraints have changed my major to an Interdisciplinary Study focusing on Quantitative Analysis, which requires fewer overall credits to graduate from FAMU.

5. Given the reputational and other harm and fear of retaliation from my involvement in this Action, as detailed herein, I am seeking leave of this Court to proceed pseudonymously in this Action using the pseudonym "John Doe" instead of my real name.

6. Among other things, this Action alleges that the State of Florida has engaged in a practice of racial discrimination against FAMU which results in the perpetuation of de jure segregation in Florida's higher education system in violation of Title VI, 42 U.S.C. § 2000d, *et seq.*, and the Equal Protection Clause of the Fourteenth Amendment of the U.S. Constitution.

7. Given the history of racial discrimination in this country, as well as the personal nature of discrimination itself, I believe that proceeding with this lawsuit under my real name will have an immediate and irreparable negative effect on my reputation, future educational and employment opportunities, and personal relationships.

8. This lawsuit has brought and likely will continue to bring immense public scrutiny on FAMU and its faculty and administration.

9. This Action has already generated significant media interest from several national publications, including CNN, the Washington Post, CBS News, Forbes, Bloomberg News and Politico.

10. Given the foregoing, and as I am a current FAMU student, public disclosure of my involvement in this Action will subject me to retaliation and/or other harmful treatment by FAMU employees and staff, other students and/or alumni of FAMU, and from the Florida community at large.

11. As a current FAMU student, I am active in several student organizations, including involvement with fundraising activities for those student organizations. A majority of this fundraising occurs on FAMU's campus and within the FAMU community.

12. I fear that public disclosure in this Action will adversely impact my involvement with the student organizations of which I am member, including impacting my ability to fundraise for these organizations.

13. I also currently receive both federal and state financial aid to cover the costs of my tuition at FAMU. I fear that public disclosure of my involvement in this Action may adversely impact my receipt of financial aid.

14. As a current fourth year student at FAMU, I am also in the process of applying to jobs for employment after graduation. After graduation from FAMU, I hope to obtain a teaching certificate to teach music in the State of Florida. Many of the prospective employment opportunities I am seeking are located in Florida and which prospective employers already employ other FAMU alumni and/or alumni of other Florida's Universities. These prospective employers also have other ties to the FAMU community. I fear that public disclosure of my involvement in this lawsuit will affect these job applications and my prospective employment, especially as I seek to stay and work in Florida upon graduation.

15. I currently work part-time as a barber in the greater Tallahassee area in order to financially support myself.

16. Because I work, attend school, and reside in Tallahassee, I also fear that I may suffer reputational harm and retaliation from community members if my true identity is revealed in this Action. This fear not only stems from the fact that the crux of this Action pertains to race-related discrimination issues but also because this Action looks at the disproportionate funding received by FAMU as compared to that of other Tallahassee public universities, including Florida State University which has a student population in excess of 33,000 students and many faculty and alumni in Tallahassee.

17.     I am also concerned that my family will suffer from negative consequences if my name is publicly disclosed in relation to this Action, which in turn will cause me further emotional distress. Some of my family members reside in or around Tallahassee. I have four cousins currently in high school that have plans to attend FAMU after they graduate. For similar reasons addressed above related to concerns about my own reputational harm, I am further concerned that public disclosure of my involvement in this Action will impact the ability of my family members to seek higher education at FAMU or in the State of Florida.

18.     Moreover, if I were to be publicly identified with this lawsuit, that public identification would also interfere with my efforts and ability to process, cope with, and recover from the conduct described in the Complaint.

19.     Central to this Action is a conversation about race and inequity in higher education funding, specifically that of Historically Black Universities and Colleges, including FAMU.

20.     In my experience, conversations about racial inequity reveal major differences in world-views that are challenged publicly.

21.     I am mindful of history and the victories won by the men and women seeking equality in education, including the Little Rock Nine, and believe while history has proven them to have been on the right side, such activists readily faced virulent opposition, routine harassment and even violence.

22.     I have taken great care to protect the nature of my claim and have not revealed my identity or otherwise sought publicity in this matter.

23.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2022

By: _____
John Doe

4

5. Given the reputational and other harm and fear of retaliation from my involvement in this Action, as detailed herein, I am seeking leave of this Court to proceed pseudonymously in this Action using the pseudonym "John Doe" instead of my real name.

6. Among other things, this Action alleges that the State of Florida has engaged in a practice of racial discrimination against FAMU which results in the perpetuation of de jure segregation in Florida's higher education system in violation of Title VI, 42 U.S.C. § 2000d, *et seq.*, and the Equal Protection Clause of the Fourteenth Amendment of the U.S. Constitution.

7. Given the history of racial discrimination in this country, as well as the personal nature of discrimination itself, I believe that proceeding with this lawsuit under my real name will have an immediate and irreparable negative effect on my reputation, future educational and employment opportunities, and personal relationships.

8. This lawsuit has brought and likely will continue to bring immense public scrutiny on FAMU and its faculty and administration.

9. This Action has already generated significant media interest from several national publications, including CNN, the Washington Post, CBS News, Forbes, Bloomberg News and Politico.

10. Given the foregoing, and as I am a current FAMU student, public disclosure of my involvement in this Action will subject me to retaliation and/or other harmful treatment by FAMU employees and staff, other students and/or alumni of FAMU, and from the Florida community at large.

11. As a current FAMU student, I am active in several student organizations, including involvement with fundraising activities for those student organizations. A majority of this fundraising occurs on FAMU's campus and within the FAMU community.

12.     I fear that public disclosure in this Action will adversely impact my involvement with the student organizations of which I am member, including impacting my ability to fundraise for these organizations.

13.     I also currently receive both federal and state financial aid to cover the costs of my tuition at FAMU.  I fear that public disclosure of my involvement in this Action may adversely impact my receipt of financial aid.

14.     As a current fourth year student at FAMU, I am also in the process of applying to jobs for employment after graduation.  After graduation from FAMU, I hope to obtain a teaching certificate to teach music in the State of Florida.  Many of the prospective employment opportunities I am seeking are located in Florida and which prospective employers already employ other FAMU alumni and/or alumni of other Florida's Universities.  These prospective employers also have other ties to the FAMU community.  I fear that public disclosure of my involvement in this lawsuit will affect these job applications and my prospective employment, especially as I seek to stay and work in Florida upon graduation.

15.     I currently work part-time as a barber in the greater Tallahassee area in order to financially support myself.

16.     Because I work, attend school, and reside in Tallahassee, I also fear that I may suffer reputational harm and retaliation from community members if my true identity is revealed in this Action.  This fear not only stems from the fact that the crux of this Action pertains to race-related discrimination issues but also because this Action looks at the disproportionate funding received by FAMU as compared to that of other Tallahassee public universities, including Florida State University which has a student population in excess of 33,000 students and many faculty and alumni in Tallahassee.

17. I am also concerned that my family will suffer from negative consequences if my name is publicly disclosed in relation to this Action, which in turn will cause me further emotional distress. Some of my family members reside in or around Tallahassee. I have four cousins currently in high school that have plans to attend FAMU after they graduate. For similar reasons addressed above related to concerns about my own reputational harm, I am further concerned that public disclosure of my involvement in this Action will impact the ability of my family members to seek higher education at FAMU or in the State of Florida.

18. Moreover, if I were to be publicly identified with this lawsuit, that public identification would also interfere with my efforts and ability to process, cope with, and recover from the conduct described in the Complaint.

19. Central to this Action is a conversation about race and inequity in higher education funding, specifically that of Historically Black Universities and Colleges, including FAMU.

20. In my experience, conversations about racial inequity reveal major differences in world-views that are challenged publicly.

21. I am mindful of history and the victories won by the men and women seeking equality in education, including the Little Rock Nine, and believe while history has proven them to have been on the right side, such activists readily faced virulent opposition, routine harassment and even violence.

22. I have taken great care to protect the nature of my claim and have not revealed my identity or otherwise sought publicity in this matter.

23. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2022

By: _____
John Doe

4