IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| BRITNEY DENTON, NYABI STEVENS, DEIDRICK DANSBY, FAYERACHEL PETERSON, ALEXANDER HARRIS, and JOHN DOE,<br><br>    *Plaintiffs,*<br><br>v.<br><br>THE BOARD OF GOVERNORS FOR THE STATE UNIVERSITY SYSTEM OF FLORIDA, MARSHALL M. CRISER III, and THE STATE OF FLORIDA,<br><br>    *Defendant.* | **CLASS ACTION**<br><br>Jury Trial Demanded<br><br><br>No. 4:22-cv-00341-RH-MAF |

## NOTICE OF PLAINTIFF JOHN DOE'S IDENTITY

Plaintiff John Doe, in accordance with this Court's Order Denying Leave to Proceed Under a Pseudonym (ECF No. 27), hereby gives notice of his true identity: Jacari Hester.

    Respectfully submitted,
    /s/ *Barbara Hart*
    Jay W. Eisenhofer, Esq.
    Barbara J. Hart, Esq.
    Karin E. Fisch, Esq.
    Braynard Brown, Esq.
    Irene R. Lax, Esq.
    **GRANT & EISENHOFER P.A.**
    485 Lexington Avenue, 29th Fl.
    New York, NY 10017
    646-722-8500

Samuel Mukiibi, Esq.
**GRANT & EISENHOFER P.A.**
123 Justison Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 622-7119

Josh Dubin, Esq.
**JOSH DUBIN, P.A.**
201 S. Biscayne Blvd. Suite 1210
Miami, Florida 33131
FL Bar Number 48865

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed today, December 7, 2022, the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all persons registered to receive electronic notifications for this case, including all opposing counsel.

By: /s/ *Barbara Hart*
Barbara J. Hart, Esq.
**GRANT & EISENHOFER P.A.**