# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

BRITNEY DENTON et al.,

    Plaintiff,

v.                                  Case No.: 4:22-cv-00341-RH-MAF

BOARD OF GOVERNORS FOR
THE STATE UNIVERSITY
SYSTEM OF FLORIDA et al.,

    Defendant.

_____/

## JUDGMENT

The plaintiffs' claims are dismissed with prejudice.

                                                       JESSICA J LYUBLANOVITS,
                                                       CLERK OF COURT

<u>January 25, 2024</u>                             s/ *Bryston Ford*
DATE                                               DEPUTY CLERK