IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRITNEY DENTON et al.,

    Plaintiffs,

v.                               CASE NO. 4:22cv341-RH-MAF

THE BOARD OF GOVERNORS
FOR THE STATE UNIVERSITY
SYSTEM OF FLORIDA et al.,

    Defendants.

_____/

## INDICATIVE RULING AND ORDER
## EXTENDING THE DEADLINE TO APPEAL

Six named plaintiffs filed this putative class action. The order of January 24, 2024 granted a motion to dismiss and directed the clerk to enter judgment. The clerk entered judgment on January 25, 2024. A class had not been certified.

The deadline to file a notice of appeal was the first business day at least 30 days after entry of judgment, so Monday, February 26, 2024. *See* Fed. R. App. P. 4(a)(1). The named plaintiff Britney Denton filed a timely notice of appeal on February 23, 2024, explicitly saying the notice was filed "on her behalf and on behalf of the class she seeks to represent." The notice did not mention the five other named plaintiffs.

On March 14, 2024, Ms. Denton and the five other named plaintiffs filed a motion to amend the notice of appeal and to extend the deadline for filing a notice of appeal to March 25, 2024. The defendants do not oppose the motion.

There are good grounds to doubt a district court's authority to authorize an amendment to a notice of appeal, at least in the absence of a limited remand for that purpose. *See Foster v. Cerro Gordo Cnty.*, 697 F. App'x 484 (8th Cir. 2017). And there are good grounds to doubt a district court's authority to construe a notice of appeal. *See United States v. Padgett*, 917 F.3d 1312 (11th Cir. 2019). There are no grounds to doubt, however, a district court's authority to extend the deadline to file a notice of appeal, within specified limits. *See* Fed. R. App. P. 4(a)(5).

This order sets out an indicative ruling that, if the United States Court of Appeals for the Eleventh Circuit remands the case for this purpose, the motion to amend the notice of appeal will be granted. *See* Fed. R. App. P. 12.1.

This order also extends the deadline to file a notice of appeal, thus allowing the five other named plaintiffs to file their own notice of appeal. The Rule 4(a)(5) requirements for such an extension have been met. The pending motion was filed fewer than 30 days after the original deadline, and the motion shows excusable neglect and good cause. *See, e.g.*, *Conn. State Dental Ass'n v. Anthem Health Plans, Inc.*, 591 F.3d 1337, 1355–57 (11th Cir. 2009) (addressing "excusable neglect").

IT IS ORDERED:

1. The unopposed motion, ECF No. 93, to extend the deadline for a notice of appeal, to amend the existing notice of appeal, and for an indicative ruling is granted in part.

2. This indicative ruling is entered: if the Eleventh Circuit remands the case for this purpose, the plaintiffs' motion to amend the notice of appeal will be granted.

3. The deadline to file a notice of appeal is extended to March 25, 2024.

4. The clerk must promptly transmit a copy of this order to the Eleventh Circuit.

SO ORDERED on March 18, 2024.

s/Robert L. Hinkle
United States District Judge