# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10567

_____

BRITNEY DENTON,
NYABI STEVENS,
DEIDRICK DANSBY,
FAYERACHEL PETERSON,
ALEXANDER HARRIS, et al.,

                                                    Plaintiffs-Appellants,

*versus*

BOARD OF GOVERNORS FOR THE STATE
UNIVERSITY SYSTEM OF FLORIDA,
STATE OF FLORIDA,
STATE OF FLORIDA, COMMISSIONER
OF EDUCATION,
RAYMOND RODRIGUES,
BRIAN LAMB, et al.,

2            Order of the Court            24-10567

Defendants-Appellees,

MARSHALL M CRISER, III, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00341-RH-MAF

_____

ORDER:

The motion for an extension of time to and including July 17, 2024, to file Appellees' response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE