# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10567

_____

BRITNEY DENTON,
NYABI STEVENS,
DEIDRICK DANSBY,
FAYERACHEL PETERSON,
ALEXANDER HARRIS, et al.,

                                                            Plaintiffs-Appellants,

*versus*

BOARD OF GOVERNORS FOR THE STATE
UNIVERSITY SYSTEM OF FLORIDA,
STATE OF FLORIDA,
STATE OF FLORIDA, COMMISSIONER
OF EDUCATION,
RAYMOND RODRIGUES,
BRIAN LAMB, et al.,

2						Order of the Court						24-10567

								Defendants-Appellees,

MARSHALL M CRISER, III, et al.,

								Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00341-RH-MAF

_____

ORDER:

    Appellees' unopposed motion for leave for Kevin A. Golembiewski to enter his appearance is GRANTED.

                                    /s/ Robin S. Rosenbaum
                                    UNITED STATES CIRCUIT JUDGE